◼ In the Matter of HURCLEE MAYE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [913 NYS2d 119]—Order of suspension entered. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Dec. 10, 2010.)

◼ In the Matter of ROBERT L. FURST, for Reinstatement to the Practice of Law in the State of New York. [913 NYS2d 119]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Dec. 10, 2010.)

◼ In the Matter of PAUL GONSON, an Attorney, Resignor. [913 NYS2d 119]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Nov. 22, 2010.)

◼ In the Matter of BENJAMIN L. HEIM, an Attorney, Resignor. [913 NYS2d 119]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Centra, Fahey, Sconiers and Gorski, JJ. (Filed Nov. 22, 2010.)

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN JACKSON, Appellant. [913 NYS2d 119]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Pine and Gorski, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE MIXON, Appellant. [913 NYS2d 119]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni, Lindley and Gorski, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STAUFFER, Appellant. [913 NYS2d 119]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK PRUITT, Appellant, v ANTHONY ZON, Superintendent, Wende Correctional Facility, Respondent. [913 NYS2d 119]—Motion for renewal denied. Present—Scudder, P.J., Martoche, Centra, Lindley and Gorski, JJ.